# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

CHRISTINA ARRIAGA,

    Plaintiff,

v.                             Case No: 8:14-cv-482-T-30EAJ

P2P STAFFING CORP.,

    Defendant.

## ORDER

THIS CAUSE comes before the Court upon the Joint Motion to Approve Settlement and Release Agreement and Dismiss With Prejudice Plaintiff's Complaint (Dkt. #5). Upon review and consideration, it is

ORDERED AND ADJUDGED that:

1. The Joint Motion to Approve Settlement and Release Agreement and Dismiss With Prejudice Plaintiff's Complaint (Dkt. #5) is GRANTED.

2. The settlement is APPROVED.

3. This case is dismissed with prejudice.

4. The Clerk is directed to terminate any pending motions and close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 17th day of April, 2014.

                                          JAMES S. MOODY, JR.
                                          UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record